UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KRISTOPHER MYERS,<br><br>    Defendants. | 3:22-cr-00067-ART-CSD<br><br>**ORDER FOR RELEASE** |

On May 8, 2023, this Court held a hearing ordering that the Defendant be released from custody once a bed becomes available at Life Changes (ECF No.13.)

On May 9, 2023, Pretrial Services Officer Jennifer Simone confirmed that a bed will be available for the Defendant on May 10, 2023.

THEREFORE, the Court finds that Kristopher Myers shall be released from custody on **Wednesday, May 10, 2023**, at **10:00 a.m.**, and shall immediately report to Life Changes.

**IT IS SO ORDERED.**

DATED: May 9, 2023

CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE