FILED ✓     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 04 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,               )          3:22-cr-00067-ART-CSD
                                        )
                Plaintiff,              )
                                        )
        vs.                             )          **ORDER FOR RELEASE**
                                        )
KRISTOPHER MYERS,                       )
                                        )
                Defendants.             )
_____)

On October 4, 2023, this Court held a hearing ordering the Defendant be released from custody on Thursday, October 5, 2023, at 10:00 a.m. to participate in a residential treatment program for substance use disorder at New Frontier Treatment Center.

THEREFORE, the Court finds that Kristopher Myers shall be released from custody at the Washoe County Detention Center on **Thursday, October 5, 2023,** at **10:00 a.m.**, to New Frontier Treatment Center who will transport Mr. Myers directly to their program.

Defendant shall be released at that time under all previously imposed release conditions.

**IT IS SO ORDERED.**

DATED:     October 4, 2023

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE