RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for KRISTOPHER MYERS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTOPHER MYERS<br><br>　　　　　Defendant. | Case No.  3:22-cr-00067-ART-CSD<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(Sixth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for KRISTOPHER MYERS, United States Attorney Jason M. Frierson, and Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the United States of America, that the calendar call currently scheduled for October 15, 2024, at 11:00 a.m., be vacated and continued to **November 26, 2024, at 11:00 a.m.,** and the trial scheduled for October 22, 2024, at 9:30 a.m., be vacated and continued to **December 3, 2024, at 9:00 a.m.**

　　　IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including **October 21, 2024**, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **November 4, 2024**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **November 12, 2024**, to file any and all replies to dispositive motions.

The Stipulation to continue is entered into for the following reasons:

1. First, the failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The client is currently on bond and consents to the continuance.

3. Counsel for the defendant will need additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or resolved through negotiations.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit appropriate pretrial motions.

5. The proposed date would allow counsel to represent other clients zealously and still allow for meaningful investigation and litigation of this case, including the filing of pretrial and trial motions.

6. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and

3161(h)(B)(iv).

This is the sixth stipulation to continue filed herein.

DATED this 8th day of October, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By: */s/ Sean A. McClelland*<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for Kristopher Myers | By: */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTOPHER MYERS,<br><br>    Defendant. | Case No.  3:22-cr-00067-ART-CSD<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS OF LAW AND<br>ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The continuance is necessary for the following reasons. First, the failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The client is on bond and consents to the continuance.

3. Counsel for the defendant will need additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or resolved through negotiations.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit appropriate pretrial motions.

5. The proposed date would allow counsel to represent other clients zealously and still allow for meaningful investigation and litigation of this case, including the filing of pretrial and trial motions.

6. Denial of this request for continuance would deny counsel for the defendant

sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

This is the sixth stipulation to continue filed herein.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including **October 15, 2024** to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including **October 1, 2024** to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including **October 8, 2024** to file any and all replies.

IT IS FURTHER ORDERED that the calendar call currently scheduled for October 15, 2024, at 11:00 a.m., be vacated and continued to **November 26, 2024, at 11:00 a.m.**; and the trial currently scheduled for October 22, 2024, at 9:30 a.m., be vacated and continued to **December 3, 2024, at 9:30 a.m.**

**IT IS SO ORDERED** this _____ of October, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE